IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL SCOTT PHILLIPS,** | ) |
| **Plaintiff(s),** | ) |
| vs. | ) Case No. 06-864-GPM |
| **SPARTAN LIGHT METALS, INC., and SPARTAN LIGHT METAL PRODUCTS, INC.,** | ) |
| **Defendant(s).** | ) |

# JUDGMENT

**DECISION BY THE COURT:**

Before the Court is Plaintiff's Motion to Dismiss with prejudice (Doc. 110). The motion is **GRANTED.** As this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed April 22, 2008, and Motion to Dismiss filed June 12, 2008, each party to bear their own costs.

Dated: June 13, 2008

NORBERT G. JAWORKSI, Clerk of Court

By:   s/ Linda M. McGovern
      Deputy Clerk

Approved by:

 s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**UNITED STATES DISTRICT JUDGE**